IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

LESLIE P. STEWART,

Plaintiff,

v.                                                         Civil Action No. 3:21-cv-00274

CITY OF HUNTINGTON,

Defendant.

DEFENDANT CITY OF HUNTINGTON'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant City of Huntington's ("the City"), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an Order granting summary judgment in its favor as to Plaintiff's claims for medical expenses, except to the extent paid by the plaintiff.

It is undisputed that Plaintiff has received first-party insurance benefits which are not recoverable against a political subdivision. The West Virginia Governmental Tort Claims and Insurance Reform Act requires that actions be brought by the real party in interest. A plaintiff may only recover to the extent that the bills have been paid by the plaintiff herself or remain outstanding. Under W.Va. Code §29-12A-13(c) and relevant case law, Plaintiff's recovery must be reduced to the extent that Ms. Stewart has received first-party insurance benefits for her injuries from the May 4, 2019 incident. All of plaintiff's medical bills have been paid by a first party insurer, or reduced by the provider due to a contractual arrangement with the insurer. Thus, plaintiff has not paid for any of her medical expenses and may not assert a claim for such expenses under West Virginia substantive law.

In further support of its Motion, the City submits the exhibits attached hereto and its contemporaneously-filed Memorandum of Law.

**CITY OF HUNTINGTON,**

**By Counsel.**

/s/ Lee Murray Hall
Lee Murray Hall, Esquire (WVSB #6447)
Stephen M. Ferguson, Esquire (WVSB #14177)
**Jenkins Fenstermaker PLLC**
325 8th Street
Huntington, West Virginia 25701
Telephone: (304) 523-2100
Fax: (304) 523-2347
Email: lmh@JenkinsFenstermaker.com
        smf@JenkinsFenstermaker.com

4895-1103-4414, v. 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

**LESLIE P. STEWART,**

      **Plaintiff,**

**v.**                                               **Civil Action No. 3:21-cv-00274**
                                                       **Judge Chambers**

**CITY OF HUNTINGTON**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Lee Murray Hall, hereby certify that on August 15, 2022, I electronically filed the

***Defendant City of Huntington's Motion For Partial Summary Judgment*** and ***Memorandum of***

***Law in Support of Defendant City of Huntington's Motion for Partial Summary Judgment*** via

the Court's CM/ECF system, which will send electronic notification of filing to all counsel of

record as follows:

Michael J. Del Guidice, Esquire
**Ciccarello, Del Guidice & Lafon**
1219 Virginia Street East, Suite 100
Charleston, West Virginia 25301

                                   /s/ Lee Murray Hall
                                   Lee Murray Hall, Esquire (WVSB #6447)
                                   Stephen M. Ferguson, Esquire (WVSB #14177)

**JENKINS FENSTERMAKER, PLLC**
Post Office Box 2688
Huntington, West Virginia 25726-2688

4895-1103-4414, v. 1