# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**LESLIE P. STEWART,**

    **Plaintiff,**

**v.**                                           **Civil Action No. 3:21-cv-00274**

**CITY OF HUNTINGTON,**

    **Defendant.**

### ATTORNEY'S AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

STATE OF WEST VIRGINIA,

COUNTY OF CABELL, to Wit:

    I, Stephen M. Ferguson, after being duly sworn, depose and state as follows:

    I am an attorney at law admitted to practice before the courts of the State of West Virginia, an attorney with Jenkins Fenstermaker, PLLC, and counsel of record for the City of Huntington in this action.

    1.    I have personal knowledge of the facts set forth in this affidavit.

    2.    Plaintiff Leslie P. Stewart filed her Complaint (hereinafter, "Complaint") on April 19, 2021.

    3.    Upon information and belief, and after review of medical bills produced to date, Plaintiff has incurred medical bills totaling $140,146.72.

    4.    A summary of Plaintiff's medical bills is attached as Exhibit A.

    5.    This affidavit is executed in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purpose of evidencing the total medical bills incurred by Plaintiff as a result of the injuries complained of in Plaintiff's Complaint.

    The affiant states nothing further.

Stephen M. Ferguson, Esq. (WVSB #14177)
JENKINS FENSTERMAKER, PLLC

Taken, subscribed and sworn to before me this xxth day of August, 2022.

My commission expires January 26, 2025.

Notary Public

Official Seal
Notary Public State of West Virginia
Margaret R. Simpkins
Jenkins Fenstermaker, PLLC
325 8th Street
Huntington, WV  25701
My Commission Expires January 26, 2025



EXHIBIT
tabbies®
A

## MEDICAL EXPENSES- LESLIE STEWART

| DATE OF SERVICE | MEDICAL PROVIDER | AMOUNT | SUBTOTAL | NOTES |
|---|---|---|---|---|
| 12/26/2018 | KDMC | $ - | | Not related- mammogram |
| 1/2/2019 | KDMC | $ - | | Not related- mammogram |
| 5/5/2019-5/14/2019 | KDMC | $ 38,744.36 | | Foot injury/infection |
| 5/6/2019-5/14/2019 | KDMC | $ 3,025.00 | | Foot injury/infection |
| 5/15/2019 | KDMC | $ 1,210.15 | | IV ABX |
| 5/16/2019 | KDMC | $ 1,116.80 | | IV ABX |
| 5/17/2019 | KDMC | $ 1,075.40 | | IV ABX |
| 5/18/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/19/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/20/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/21/2019-5/31/2019 | KDMC | $ 4,626.56 | | IV ABX |
| 5/22/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/22/2019 | KDMC | $ 198.00 | | Office visit |
| 5/23/2019 | KDMC | $ 260.00 | | Office visit |
| 5/23/2019 | KDMC | $ 1,371.90 | | IV ABX |
| 5/25/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/26/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/27/2019 | KDMC | $ 1,095.00 | | IV ABX |
| 5/29/2019 | KDMC | $ 547.50 | | IV ABX |
| 6/27/2019 | KDMC | $ 198.00 | | Office visit |
| 6/28/2019 | KDMC | $ 198.00 | | Office visit |
| 10/1/2019 | KDMC | $ 198.00 | | Office visit |
| 11/15/2019 | KDMC | $ - | | Not related- pap smear |
| 1/6/2020 | KDMC | $ - | | Not related- mammogram |
| 2/14/2020 | KDMC | $ - | | Not related- chest x-ray |
| 3/2/2020 | KDMC | $ - | | Not related- RUQ pain |
| 3/10/2020 | KDMC | $ - | | Not related- Electrocardiogram |
| 3/12/2020 | KDMC | $ - | | Not related- gallbladder surgery |
| 3/12/2020 | KDMC | $ - | | Not related- gallbladder surgery |
| 8/26/2020 | KDMC | $ 501.21 | | X-ray- foot |
| 11/10/2020 | KDMC | $ - | | Not related- CT Abdomen |
| 11/20/2020 | KDMC | $ - | | Not related- pap smear |
| 12/21/2020 | KDMC | $ - | | Not related- Covid test |
| 1/13/2021 | KDMC | $ - | | Not related- sleep test |
| 3/8/2021 | KDMC | $ - | | Not related- mammogram |
| 4/14/2021 | KDMC | $ 453.71 | | X-rays- knee |
| 8/26/2021 | KDMC | $ 499.74 | | X-rays- knee |
| 8/26/2021 | KDMC | $ 260.00 | | Office visit- knee |

| Date | Provider | Amount | | Description |
|---|---|---|---|---|
| 9/21/2021 | KDMC | $ | 3,249.77 | MRI- knee |
| 9/24/2021 | KDMC | $ | 198.00 | Knee |
| 10/21/2021 | KDMC | $ | 625.00 | Knee pain- injection |
| 10/28/2021 | KDMC | $ | 625.00 | Knee pain- injection |
| 11/4/2021 | KDMC | $ | 625.00 | Knee pain- injection |
| 12/2/2021 | KDMC | $ | - | Cardiac/Stress test- not related |
| 12/2/2021 | KDMC | $ | - | Cardiac/Stress test- not related |
| 12/6/2021 | KDMC | $ | - | Not related- pap smear |
| 12/16/2021 | KDMC | $ | 290.00 | Knee pain- injection |
| 1/20/2022 | KDMC | $ | 499.74 | X-rays- knee |
| 1/20/2022 | KDMC | $ | 260.00 | Office visit- knee pain |
| 2/7/2022 | KDMC | $ | 284.14 | COVID Test |
| 3/2/2022 | KDMC | $ | 52,852.09 | Knee surgery |
| 3/2/2022 | KDMC | $ | 4,324.00 | Anesthesia for knee surgery |
| 3/2/2022 | KDMC | $ | 350.00 | |
| 3/2/2022 | KDMC | $ | 3,092.00 | |
| 4/7/2022 | KDMC | $ | 499.74 | Knee x-rays |
| 4/19/2022 | KDMC | $ | 940.91 | Lab and urinalysis |
| | | $ 130,864.72 | | |
| | | | | |
| 5/20/2019 | Lewis Family Care, Inc. | $ | 498.00 | Foot pain |
| 8/12/2019 | Lewis Family Care, Inc. | $ | 248.00 | Foot pain |
| 4/21/2021 | Lewis Family Care, Inc. | $ | 156.00 | Knee pain |
| 6/17/2021 | Lewis Family Care, Inc. | $ | 246.00 | Knee injection |
| 7/14/2021 | Lewis Family Care, Inc. | $ | 270.00 | Knee pain/injection |
| 8/5/2021 | Lewis Family Care, Inc. | $ | 132.00 | Knee injection |
| 11/9/2021 | Lewis Family Care, Inc. | $ | 203.00 | Chest pain/knee pain |
| 11/30/2021 | Lewis Family Care, Inc. | $ | - | Memory loss- not reated to complaint |
| | | $ 1,753.00 | | |
| | | | | |
| 2/25/2020 | Regional Psychotherapy Services, Inc. | $ | 455.00 | |
| 4/28/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 5/26/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 6/26/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 7/24/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 10/1/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 11/12/2020 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 1/12/2021 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 3/31/2021 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 5/19/2021 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |
| 7/14/2021 | Regional Psychotherapy Services, Inc. | $ | 200.00 | |

| Date | Provider | Amount | | Subtotal | |
|---|---|---|---|---|---|
| 10/7/2021 | Regional Psychotherapy Services, Inc. | $ | 200.00 | | |
| 10/21/2021 | Regional Psychotherapy Services, Inc. | $ | 168.00 | | |
| | | | | $ | 2,823.00 |
| | | | | | |
| 8/5/2019 | Tri State Rehab | $ | 305.00 | | |
| 8/7/2019 | Tri State Rehab | $ | 216.00 | | |
| 8/12/2019 | Tri State Rehab | $ | 216.00 | | |
| 8/14/2019 | Tri State Rehab | $ | 216.00 | | |
| 8/28/2019 | Tri State Rehab | $ | 216.00 | | |
| 9/4/2019 | Tri State Rehab | $ | 216.00 | | |
| 9/11/2019 | Tri State Rehab | $ | 216.00 | | |
| 9/13/2019 | Tri State Rehab | $ | 216.00 | | |
| 8/11/2021 | Tri State Rehab | $ | 252.00 | | |
| 8/13/2021 | Tri State Rehab | $ | 217.00 | | |
| 8/17/2021 | Tri State Rehab | $ | 217.00 | | |
| 8/19/2021 | Tri State Rehab | $ | 217.00 | | |
| 8/24/2021 | Tri State Rehab | $ | 217.00 | | |
| 8/26/2021 | Tri State Rehab | $ | 217.00 | | |
| 8/31/2021 | Tri State Rehab | $ | 217.00 | | |
| 9/2/2021 | Tri State Rehab | $ | 217.00 | | |
| 9/7/2021 | Tri State Rehab | $ | 217.00 | | |
| 3/4/2022 | Tri State Rehab | $ | 252.00 | | |
| 3/7/2022 | Tri State Rehab | $ | 216.00 | | |
| 3/9/2022 | Tri State Rehab | $ | 216.00 | | |
| 3/10/2022 | Tri State Rehab | $ | 217.00 | | |
| | | | | $ | 4,706.00 |
| | | | | | |
| | **Grand Total** | $ | 140,146.72 | | |