# EXHIBIT 2

 **EQUIAN**

PO Box 32100
Louisville, KY 40232
Fax (877) 200-0207

04-22-2022

Karen Harris
Ciccarello, DelGiudice and Lafon
Suite 100
1219 Virginia Street East
Charleston WV 25301

Equian Event Number: 46233296
Legacy Case Number:
Patient: LESLIE STEWART
Health Plan: WellCare
Coverage Type: Medicaid
Date of Loss: 05-05-2019

Dear Karen Harris:

This letter is a follow up to our initial notice letter. The claims paid to date currently total $19,123.82. **This amount is not final.** Please contact our office prior to resolution of the matter to confirm the total amount paid on behalf of the patient.

Please provide me with a brief status on this matter.

Upon resolution of this matter, payment should be forwarded to the undersigned's attention, and checks made payable to "Equian." Please send checks to the following address:

Equian
PO Box 182643
Columbus, OH 43218

Please send correspondence to the return address provided above. Please contact me with any questions.

Sincerely,

Jody Cummings, Recovery Specialist
952-687-4155
jody.cummings@optum.com

CONFIDENTIALITY NOTICE: This document is for the sole use of the intended recipient(s) and may contain information protected by federal HIPAA laws, the attorney-client privilege, the attorney work product doctrine or other applicable privilege or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender and destroy all copies of this message and any attachments.

SP - 46233296/Updated Lien to Attorney

# Medical Payment Summary



Claimant:  LESLIE STEWART

Date of Loss:  05/05/2019

Last Update:  09/28/2021

Event ID: 46233296

Analyst:  Jody Cummings

Please send all payments to:

**Equian**

PO Box 182643

Columbus, OH 43218-2643

Tax ID:  27-0083277

**Total Billed:** $37,245.03

**Total Paid:** $19,123.82

**Recovered Amount:** $0.00

**Remaining Balance:** $19,123.82

**Created On:** 04/22/2022

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 05/05/2019 | 922894894 | | | $101.29 | $1,855.00 | 05/17/2019 | No | S60.221A | CONTUSION OF RIGHT HAND, INITIAL ENCOUNTER |
| 05/05/2019 | 920902577 | | MAYOLA BOYKIN | $7.60 | $22.00 | 05/15/2019 | No | S92.514A | NONDISP FX OF PROXIMAL PHALANX OF RIGHT LESSER TOE(S), INIT |
| 05/05/2019 | 930970621 | | KINGS DAUGHTERS MEDICAL CENTER | $11,869.43 | $0.00 | 06/05/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/06/2019 | 920968802 | | CHAD MCCREARY | $85.60 | $256.00 | 05/15/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/06/2019 | 923647893 | | ERIK FRALEY | $15.20 | $44.00 | 05/21/2019 | No | S69.91XA | UNSP INJURY OF RIGHT WRIST, HAND AND FINGER(S), INIT ENCNTR |
| 05/07/2019 | 920971436 | | GAMANI THU | $43.51 | $134.00 | 05/15/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/07/2019 | 920138804 | | MATTHEW ELLSWORTH | $125.21 | $376.00 | 05/13/2019 | No | L03.115 | CELLULITIS OF RIGHT LOWER LIMB |
| 05/08/2019 | 921280017 | | GAMANI THU | $43.51 | $134.00 | 05/15/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/08/2019 | 932519614 | | SOUHEL ZEIDAN | $106.40 | $560.00 | 06/08/2019 | No | S92.411A | DISP FX OF PROXIMAL PHALANX OF RIGHT GREAT TOE, INIT |
| 05/08/2019 | 923421639 | | MATTHEW ELLSWORTH | $101.94 | $500.00 | 05/20/2019 | No | S92.501D | DISPL UNSP FX RIGHT LESSER TOE(S), SUBS FOR FX W ROUTN HEAL |
| 05/09/2019 | 922776715 | | GAMANI THU | $43.51 | $134.00 | 05/17/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/09/2019 | 922707439 | | MICHAEL CHAMBERS | $53.21 | $188.00 | 05/17/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |

Page 1

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 05/10/2019 | 922772256 | | GAMANI THU | $43.51 | $134.00 | 05/17/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/10/2019 | 923154302 | | PATRICK VILLAFUERTA | $122.83 | $376.00 | 05/20/2019 | No | M86.9 | OSTEOMYELITIS, UNSPECIFIED |
| 05/11/2019 | 923434797 | | GAMANI THU | $43.51 | $134.00 | 05/20/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/12/2019 | 923433873 | | GAMANI THU | $43.51 | $134.00 | 05/20/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/13/2019 | 923997287 | | ROBERT ATKINS | $61.87 | $193.00 | 05/21/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/13/2019 | 923433943 | | PATRICK VILLAFUERTA | $43.51 | $134.00 | 05/20/2019 | No | M86.9 | OSTEOMYELITIS, UNSPECIFIED |
| 05/14/2019 | 923997282 | | ROBERT ATKINS | $75.08 | $198.00 | 05/21/2019 | No | S92.501A | DISPLACED UNSP FRACTURE OF RIGHT LESSER TOE(S), INIT |
| 05/15/2019 | 926164423 | | KINGS DAUGHTERS MEDICAL CENTER | $179.64 | $1,185.85 | 05/25/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/16/2019 | 926621685 | | KINGS DAUGHTERS MEDICAL CENTER | $178.69 | $1,116.80 | 06/10/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/16/2019 | 926621685 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $231.98 | $1,116.80 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/17/2019 | 926621679 | | KINGS DAUGHTERS MEDICAL CENTER | $172.06 | $1,075.40 | 06/10/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/17/2019 | 926621679 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $223.38 | $1,075.40 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/18/2019 | 926621657 | | KINGS DAUGHTERS MEDICAL CENTER | $175.20 | $1,095.00 | 06/10/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/18/2019 | 926621657 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $227.44 | $1,095.00 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/19/2019 | 926621634 | | KINGS DAUGHTERS MEDICAL CENTER | $175.20 | $1,095.00 | 06/10/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |

pg 4 of 9

→ Karen

Fax Services

© 04-22-2022 8:19 AM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2019 | 929274093 | | KINGS DAUGHTERS MEDICAL CENTER | $179.28 | $1,095.00 | 06/21/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/20/2019 | 934495896 | | MATTHEW LEWIS | $42.63 | $138.00 | 06/13/2019 | No | M86.18 | OTHER ACUTE OSTEOMYELITIS, OTHER SITE |
| 05/20/2019 | 927736656 | | LABORATORY CORP OF AMERICA | $9.00 | $32.80 | 05/29/2019 | No | M86.18 | OTHER ACUTE OSTEOMYELITIS, OTHER SITE |
| 05/20/2019 | 928962886 | | MATTHEW LEWIS | $13.63 | $39.00 | 06/01/2019 | No | M86.18 | OTHER ACUTE OSTEOMYELITIS, OTHER SITE |
| 05/21/2019 | 937582037 | | KINGS DAUGHTERS MEDICAL CENTER | $344.30 | $1,639.51 | 07/01/2019 | No | S92.501D | DISPL UNSP FX RIGHT LESSER TOE(S), SUBS FOR FX W ROUTN HEAL |
| 05/22/2019 | 930028445 | | KINGS DAUGHTERS MEDICAL CENTER | $229.96 | $1,095.00 | 06/14/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/22/2019 | 927277835 | | MATTHEW ELLSWORTH | $44.76 | $198.00 | 05/28/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/23/2019 | 948718131 | | KINGS DAUGHTERS MEDICAL CENTER | $241.71 | $1,371.90 | 07/17/2019 | No | M65.9 | SYNOVITIS AND TENOSYNOVITIS, UNSPECIFIED |
| 05/23/2019 | 929215557 | | PATRICK VILLAFUERTA | $69.11 | $260.00 | 06/01/2019 | No | M86.9 | OSTEOMYELITIS, UNSPECIFIED |
| 05/24/2019 | 937582237 | | KINGS DAUGHTERS MEDICAL CENTER | $292.11 | $1,390.99 | 07/01/2019 | No | S92.501D | DISPL UNSP FX RIGHT LESSER TOE(S), SUBS FOR FX W ROUTN HEAL |
| 05/25/2019 | 930552928 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $227.44 | $1,095.00 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/26/2019 | 930552924 | | KINGS DAUGHTERS MEDICAL CENTER | $175.20 | $1,095.00 | 06/15/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/26/2019 | 930552924 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $227.44 | $1,095.00 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/27/2019 | 930553468 | | KINGS DAUGHTERS MEDICAL CENTER | $175.20 | $1,095.00 | 06/15/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 05/27/2019 | 930553468 | 1851346720 | KINGS DAUGHTERS MEDICAL CENTER | $227.44 | $1,095.00 | 09/21/2021 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 05/28/2019 | 937580938 | | KINGS DAUGHTERS MEDICAL CENTER | $335.18 | $1,596.06 | 07/01/2019 | No | S92.501D | DISPL UNSP FX RIGHT LESSER TOE(S), SUBS FOR FX W ROUTN HEAL |
| 05/29/2019 | 932132160 | | KINGS DAUGHTERS MEDICAL CENTER | $114.98 | $547.50 | 06/17/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 06/26/2019 | 945683604 | | MATTHEW LEWIS | $62.73 | $204.00 | 07/06/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 06/27/2019 | 944586827 | | PATRICK VILLAFUERTA | $43.91 | $198.00 | 07/03/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 06/28/2019 | 944580897 | | MATTHEW ELLSWORTH | $44.76 | $198.00 | 07/03/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 07/29/2019 | 960913261 | | MATTHEW LEWIS | $80.73 | $242.00 | 08/09/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/05/2019 | 967518040 | | ZACHARY GRIMM | $108.16 | $305.00 | 08/21/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/07/2019 | 967537363 | | ZACHARY GRIMM | $75.20 | $216.00 | 08/21/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/12/2019 | 1001050541 | | ZACHARY GRIMM | $75.20 | $216.00 | 10/30/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/12/2019 | 967217426 | | MATTHEW LEWIS | $42.63 | $138.00 | 08/21/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/14/2019 | 967518041 | | ZACHARY GRIMM | $75.20 | $216.00 | 08/21/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/28/2019 | 974388611 | | ZACHARY GRIMM | $75.20 | $216.00 | 09/24/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 09/04/2019 | 978841972 | | ZACHARY GRIMM | $75.20 | $216.00 | 10/03/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 09/11/2019 | 982669636 | | ZACHARY GRIMM | $75.20 | $216.00 | 09/24/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 09/13/2019 | 983473508 | | ZACHARY GRIMM | $75.20 | $216.00 | 09/25/2019 | No | M79.671 | PAIN IN RIGHT FOOT |

pg 6 of 9

→ Karen

Fax Services

04-22-2022 8:19 AM

| First Date of Service | Claim Number | NPI | Provider | Paid Amt. | Billed Amt. | Paid Date | Capitated | Diagnosis Code | Diagnosis Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2019 | 989501401 | | MATTHEW ELLSWORTH | $44.76 | $198.00 | 10/07/2019 | No | M86.171 | OTHER ACUTE OSTEOMYELITIS, RIGHT ANKLE AND FOOT |
| 11/05/2019 | 1013993125 | | MATTHEW LEWIS | $152.30 | $514.00 | 11/18/2019 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/26/2020 | 1186288265 | 1922246594 | MATTHEW LEWIS | $42.63 | $138.00 | 09/02/2020 | No | M79.671 | PAIN IN RIGHT FOOT |
| 08/26/2020 | 1187504517 | 1366519498 | DHIRENKUMAR DESAI | $7.75 | $22.00 | 09/04/2020 | No | M79.671 | PAIN IN RIGHT FOOT |
| 09/10/2020 | 1192498210 | 1043362445 | CHARLES ABLER | $239.09 | $2,670.00 | 09/16/2020 | No | M79.671 | PAIN IN RIGHT FOOT |
| 09/10/2020 | 1192944843 | 1922246594 | MATTHEW LEWIS | $89.29 | $561.00 | 09/16/2020 | No | M79.671 | PAIN IN RIGHT FOOT |
| | | | Subtotals: | $19,028.33 | $36,140.01 | | | | |

pg 7 of 9

→ Karen

Fax Services

04-22-2022 8:19 AM

# Pharmaceutical Payment Summary



Please send all payments to:

**Equian**
PO Box 182643
Columbus, OH 43218-2643
Tax ID: 27-0083277

Claimant: LESLIE STEWART
Date of Loss: 05/05/2019
Last Update: 09/28/2021
Event ID: 46233296
Analyst: Jody Cummings

**Total Billed: $37,245.03**
**Total Paid: $19,123.82**
**Recovered Amount: $0.00**
**Remaining Balance: $19,123.82**
**Created On: 04/22/2022**

| Date Filled | Claim Number | Drug | Strength | Paid Amt. | Billed Amt. | NDC | Quantity | Prescriber |
|---|---|---|---|---|---|---|---|---|
| 05/14/2019 | 1913465281361609981 | HYDROCO APAP TAB 10 325MG | | $4.53 | $20.08 | 00406012501 | | |
| 07/01/2019 | 1918256400490419991 | LEVOFLOXACIN | | $5.41 | $252.82 | 31722072320 | | |
| 08/03/2019 | 1921549448870519991 | IBUPROFEN | | $4.37 | $41.10 | 64380080707 | | |
| 08/13/2019 | 1922530147080469991 | HYDROCO/APAP TAB 5-325MG | | $3.44 | $8.29 | 00406012301 | | |
| 08/30/2019 | 1924246954031519991 | IBUPROFEN | | $4.37 | $41.10 | 64380080707 | | |
| 10/11/2019 | 1928456959641009991 | IBUPROFEN | | $4.37 | $41.10 | 64380080707 | | |
| 11/05/2019 | 1930938184170529981 | DICLOFENAC SOD EC 75 MG TAB | | $9.00 | $106.43 | 16571020150 | | |
| 12/05/2019 | 1933971554232239991 | DICLOFENAC SOD EC 75 MG TAB | | $8.74 | $106.43 | 16571020150 | | NOT PROVIDED |
| 12/13/2019 | 1934738315260749991 | METHYLPREDNISOLONE 4 MG DOSEPK | | $5.70 | $34.64 | 59746000103 | | NOT PROVIDED |
| 01/09/2020 | 2000931365130379991 | DICLOFENAC SOD EC 75 MG TAB | | $8.74 | $106.43 | 16571020150 | | NOT PROVIDED |
| 01/27/2020 | 2002730687070539991 | IBUPROFEN | | $4.32 | $41.10 | 64380080707 | | NOT PROVIDED |
| 02/23/2020 | 2005435460181809981 | DICLOFENAC SOD EC 75 MG TAB | | $8.74 | $108.43 | 16571020150 | | NOT PROVIDED |
| 03/12/2020 | 2007233542781699981 | OXYCODONE-ACETAMINOPHEN 5-325 | | $4.40 | $18.42 | 00406051201 | | NOT PROVIDED |
| 05/22/2020 | 2014338212001269991 | IBUPROFEN | | $4.11 | $33.65 | 64380080807 | | NOT PROVIDED |

| Date Filled | Claim Number | Drug | Strength | Paid Amt. | Billed Amt. | NDC | Quantity | Prescriber |
|---|---|---|---|---|---|---|---|---|
| 08/02/2020 | 2021529683702189991 | IBUPROFEN | | $4.11 | $33.65 | 64380080807 | | NOT PROVIDED |
| 03/15/2021 | 2107436229930599991 | NAPROXEN | | $5.78 | $70.42 | 50228043605 | | NOT PROVIDED |
| 04/23/2021 | 2111339201930999961 | IBUPROFEN | | $2.30 | $7.28 | 64380080807 | | NOT PROVIDED |
| 05/01/2021 | 2112132352390479991 | IBUPROFEN | | $3.06 | $33.65 | 64380080807 | | NOT PROVIDED |
| | | | Subtotals: | $95.49 | $1,105.02 | | | |

# FAX

 **EQUIAN**

**To:** Karen Harris
**Company:** Ciccarello, DelGiudice and Lafon
**Fax:** 3043434464

**From:** Jody Cummings
**Fax Number:** (877) 200-0207
**Phone Number:** (952) 687-4155
**Reference #:** 46233296
**Email #:** jody.cummings@optum.com

---

**Notes:**

**NOTICE OF CONFIDENTIALITY:**
This communication is directed solely to the Addressee and may contain confidential or legally privileged Personal Health Information protected by federal and state law.

If you are not the Addressee indicated above:
1. DO NOT read the following pages.
2. DO NOT retain, copy distribute, or disseminate the following pages.
3. Call the Sender IMMEDIATELY(collect if neccessary) and report the misdelivered fax.

NEITHER THE TRANSMISSION OF THE ATTACHED PAGES NOR ANY ERROR IN TRANSMISSION OR MISDELIVERY SHALL CONSTITUTE A WAIVER OF ANY APPLICABLE LEGAL PRIVILEGE

Date and time of transmission: 04/22/2022 08:19:30 AM
Number of pages including this cover sheet: 0