# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA


LESLIE P. STEWART,

                    Plaintiff,

V                                        CIVIL ACTION NO.:
                                         3:21-CV-00274


CITY OF HUNTINGTON,

                    Defendant.


            DEPOSITION OF LESLIE P. STEWART

            On the 3rd day of May 2021, beginning at approximately 10:01 a.m., at the law offices of Jenkins Fenstermaker, located at 325 8th Street, Huntington, West Virginia, before Marilyn Highland, Court Reporter and Notary Public, appeared LESLIE P. STEWART, witness, who being by me first duly sworn, gave her oral deposition in the causes pursuant to notice of counsel and for the respective parties as hereinafter set forth. Said deposition is to be used for purposes of discovery and for any and all other purposes permitted by the Rules of Civil Procedure.



        Job No. CS5190520

I didn't -- and I just said, "Okay, thanks."

Q.    Do you have medical insurance or did you have medical insurance in 2019?

A.    Yes.

Q.    Through whom?

A.    State of Kentucky.

Q.    And did they -- did the State of Kentucky pay the medical bills that you incurred from Kings Daughter's and your other providers?

A.    Yes.

Q.    Have you paid any of that out of pocket?

A.    No.

Q.    Have you hired anyone at your home to do work or take care of you because of the fall that you had?

A.    No.

Q.    So you haven't had to pay anybody for work at your house?

A.    Cut my grass.

Q.    Well, that's what I mean.  That's what I'm asking about.

A.    Yes.

Q.    So you used to cut your own grass?

A.    Yes.

Q.    Did you cut your own grass up and to the time

Page 133

CERTIFICATION OF COURT REPORTER AND NOTARY PUBLIC

I, Marilyn Highland, Court Reporter and Notary Public within and for the State of West Virginia, duly commissioned and qualified, do hereby certify that the foregoing deposition was duly taken by me and before me at the time and place and for the purpose specified in the caption hereof, the said witness having been by me first duly sworn.

I do further specify that the said deposition was correctly taken by me in Stenotype and that the same was reduced to computer print by me or under my direct supervision.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

Page 134

I certify that the attached transcript meets the requirements set forth within article twenty-seven, chapter forty-seven of the West Virginia Code.

Before completion of the deposition, review of the transcript was requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

Given under my hand this 15th day of May, 2022.

My Commission expires August 11, 2026.

Marilyn Highland, CCR